IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

C ARTHUR PLUMMER                                                                                PLAINTIFF

V.                          CASE NO. 5-14-cv-00143-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*                              DEFENDANT
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 17th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE